**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 15, 2019

# NOTICE OF VOLUNTARY DISMISSAL

Re:  Moody v. Animar, Inc.
     Civil Action No. 2:19-cv-00736-SMD

Pursuant to the Notice of Voluntary Dismissal (document # 6) filed by the Plaintiff on 10/11/2019 and Fed. R. Civ. P. 41(a)(1)(A)(i), this case is closed without prejudice without an order of the court.